[No. 8315-5-I. Division One. July 6, 1981.]

A. DEAN JONES, *Appellant,* v. THE DEPARTMENT OF
EMPLOYMENT SECURITY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 853691, Charles R. Denney, J. Pro Tem., entered December 11, 1979. *Affirmed* by unpublished opinion per Williams, J., concurred in by James, C.J., and Andersen, J.